

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2019

No. 04-18-00293-CV

**ALLSTATE INSURANCE COMPANY**,
Appellant

v.

Daniel Wes **IRWIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03490
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

On April 4, 2019, appellee filed a Motion for Leave, requesting permission to file a post-submission brief. After consideration, we **GRANT** appellee's motion and **ORDER** appellee's post-submission brief due **on or before April 18, 2019**. Should appellant desire to file a post-submission brief, appellant's brief is due no later than ten days after appellee's post-submission brief is filed in this court.

It is so ORDERED on April 8, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court